# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Sean M. Donahue,                          :
                 Petitioner    :
                                :
        v.                              :        No. 621 C.D. 2015
                                  :
State Civil Service Commission            :
(Pennsylvania Department of               :
Labor and Industry),                      :
                 Respondent    :

**PER CURIAM**                 **O R D E R**

        NOW, April 5, 2019, upon consideration of petitioner's application for reargument, and respondent's answer in response thereto, the application is denied.